Richard J. Muller, Appellant, v. Farmingdale Individual Laundry Service, Inc., et al., Respondents.— In our opinion, plaintiff failed to prove any definite agreement as to the terms essential to the contract claimed, and accordingly failed to establish that the minds of the parties met, and that he was entitled to commissions. (Cf. *Stern* v. *Bristol Corp.*, 273 App. Div. 371, affd. 298 N. Y. 766; *Arnold* v. *Schmeidler*, 144 App. Div. 420, 427.) Present — Nolan, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

Gertrude Novick et al., Appellants, v. Levitt & Sons, Inc., Respondent.— No opinion. Present — Johnston, Acting P. J., Adel, Sneed, Wenzel and MacCrate, JJ. [200 Misc. 694.]

The People of the State of New York, Respondent, v. Bernard Hoppner, Appellant.— No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

The People of the State of New York, Respondent, v. Charles Makar, Appellant.— No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

The People of the State of New York, Respondent, v. Aurelio Riportella, Appellant.— No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

The People of the State of New York, Respondent, v. Moe Stillman, Also Known as Moses E. Stillman, Appellant.— No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ. [See *post*, p. 746.]